440 A.2d 1260

Commonwealth v. Stark, Appellant.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

Submitted November 14, 1980. Paulette J. Balogh, for appellant; Robert L. Eber-

hardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgments of sentence affirmed.

SPAETH, J., filed a memorandum concurring statement.